# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IRA G. CHASE, | Case No. 19-CV-345 (NEB/SER) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN M. RIOS, | |
| Respondent. | |

The Court has received the June 5, 2019 Report and Recommendation of United States Magistrate Judge Steven E. Rau. [ECF No. 11.] No party has objected to the Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 11] is ACCEPTED; and

2. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1], and the Petition/Motion for Immediate Release, [ECF No. 3], are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 9, 2019                    BY THE COURT:

                                       s/Nancy E. Brasel
                                       Nancy E. Brasel
                                       United States District Judge